No. 00–5491. COTHRUM v. HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00–5492. DHORUBA v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5493. PETERSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–5494. SYVERTSON v. CONMY, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–5495. SMITH ET AL. v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–5496. ELLIS v. BAKER ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 00–5500. CREGGETT v. FORD MOTOR CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–5504. VASQUEZ v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–5515. JACKSON v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5517. MENILLO v. HOBBS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–5520. ALFORD v. JET-EBONY MAGAZINE ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–5523. WILLIAMS v. WATERS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–5524. RODENBORN v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–5531. THOMAS v. MILLER. C. A. 11th Cir. Certiorari denied.

No. 00–5533. FOWLER v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.